UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA )
)
v. ) Case No.: 01-119(01)(JMR/FLN)
)
RUDOLPH GORDON COOPER, JR. )

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: RUDOLPH GORDON COOPER, JR.
Detained at (custodian): David Crist, Warden of MCF-Lino Lakes

Detainee is: a.) ( X ) charged in this district by: Petition Alleging Violation of Supervised Release
( ) Indictment ( )Information ( ) Complaint
Charging Detainee With: ____________

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on November 17, 2005 at 11:00 a.m. in the courtroom of the Honorable Jeanne J. Graham

Dated: November 10, 2005

[signature]
DAVID J. MACLAUGHLIN, AUSA

**WRIT OF HABEAS CORPUS**

(X )Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

11/10/05
Date

[signature]
United States District/Magistrate Judge

WRIT ISSUED

Please provide the following, if known:

A.K.A.(s) (if applicable): ____________ Gender: Male
Booking or Fed. Reg.#: - DOB: April 13, 1967
Facility Address: ____________ Race: African-American
Lino Lakes, MN 55014 FBI #: ________
Facility Phone: (651) 717-6100
Currently Incarcerated For: ________

SCANNED
NOV 14 2005
U.S. DISTRICT COURT [illegible]

**RETURN OF SERVICE**

Executed on ____________ by ____________ ____________
(Signature)