A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
NOV 25 2005
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Rudolph Gordon Cooper, Jr.

## WARRANT FOR ARREST

CASE NUMBER: **CR 01-119(1) JMR**

0541-0701-1319-B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Rudolph Gordon Cooper, Jr.

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

(By) Jackie Ellingson, Deputy Clerk

July 1, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

SCANNED
NOV 25 2005
U.S. DISTRICT COURT MPLS

ARRESTED ON 11-15-05
ARRESTED BY WHCAP
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ______________