**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Rudolph Gordon Cooper, Jr. (1),
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 01-119 (1) JMR/FLN |
| Date: | November 23, 2005 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 9:33 a.m. |
| Time Concluded: | 9:44 a.m. |
| Time in Court: | 11 Minutes |

## APPEARANCES:

Plaintiff: David MacLaughlin, Assistant U.S. Attorney
Defendant: Scott Tilsen : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: Custody of BOP for 1 year and 1 day; term of custody to run consecutively to state sentence; defendant will be discharged from Supervised Release after he has served his sentence.
: Written order to be issued.

s/Heather Labat
Calendar Clerk